IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC ANTHONY BRYANT, | No. C 11-00164 CW (PR) |
|     Petitioner, | JUDGMENT |
|   v. | |
| W.J. SULLIVAN, Warden, | |
|     Respondent. _____/ | |

For the reasons stated in the Court's Order Denying the Petition for a Writ of Habeas Corpus, judgment is hereby entered in favor of Respondent. Each party shall bear his own costs.

IT IS SO ORDERED.

DATED: 6/4/2012

                          CLAUDIA WILKEN
                          United States District Judge